# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
### ROCK ISLAND DIVISION

| | |
|---|---|
| ROBERT L. VERHEECKE, *not personally, but as executor of the last will and testament of Romona D. Hinckley, deceased,* | )<br>)<br>)<br>) |
| Plaintiff, | )  Case No.  09-cv-4066<br>)<br>) |
| v. | ) |
| VICKI JONES, *a/k/a Vicki Reans,* | )<br>) |
| Defendant. | |

## O R D E R  &  O P I N I O N

Before the Court is a Stipulation to Dismiss With Prejudice ("Stipulation") (Doc. 23) filed by the Plaintiff Robert Verheecke and Defendant Vicki Jones. The parties report that all issues between them have been settled, and all amounts owed have been paid. Accordingly, this case is DISMISSED WITH PREJUDICE. IT IS SO ORDERED.

CASE TERMINATED.

Entered this 15th day of April, 2011.

                                                   s/ Joe B. McDade
                                                   JOE BILLY McDADE
                                       United States Senior District Judge